## NOLTE v. SEYMOUR.

(Supreme Court, Appellate Division, Second Department. June 18, 1908.)

COURTS—MUNICIPAL COURTS—APPEALABLE ORDERS—ORDER DIRECTING BILL OF PARTICULARS.

Municipal Court Act, Laws 1902, p. 1563, c. 580, § 257, providing that an appeal shall lie from an order granting or denying a motion, etc., and section 310 (page 1578), providing for an appeal from a judgment in an action or a final order in summary proceedings, to the Supreme Court, do not authorize an appeal from an interlocutory order, and no appeal lies from an order directing a bill of particulars.

Appeal from Municipal Court of New York.

Action by Frederick F. Nolte against Jennie E. Seymour, formerly Jennie E. White, as executrix, etc. From an order of the Municipal Court requiring plaintiff to furnish a bill of particulars, he appeals. Appeal dismissed.

Argued before WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ.

F. E. Fishel, for appellant.
Herbert Peake, for respondent.

MILLER, J. Section 145, subd. 1, of the Municipal Court act (Laws 1902, p. 1534, c. 580), provides:

"The court may, however, in its discretion, order a written bill of particulars, with or without verification, to be filed by the plaintiff, or by the defendant interposing a counterclaim."

We find no provision of the Municipal Court act authorizing an appeal from an order directing a bill of particulars. The only sections providing for appeals from orders are sections 257 and 310. Those sections do not authorize an appeal from an interlocutory order. Pascocello v. Brooklyn Heights R. R. Co., 2 Misc. Rep. 412, 56 N. Y.

Supp. 177. There must be statutory authority for an appeal from the Municipal Court, or no jurisdiction is conferred upon this court. Beebe v. Nassau Show Case Co., 41 App. Div. 456, 58 N. Y. Supp. 769.

The appeal should be dismissed.

Appeal dismissed, with costs. All concur.